Henry A. Taylor, Appellant, v. George Edward Heyl, alias George Edward

Heyl-Dia, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.